No. 90, Orig.  CALIFORNIA *v.* TEXAS ET AL.  Application for a temporary restraining order; motion for a preliminary injunction; motion to add the State of Georgia as a party defendant; and motion for leave to file a bill of complaint, and the supplements thereto, are all denied without prejudice. [For earlier order herein, see 453 U. S. 945.]

No. 78–1545.  ZIPES ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 80–951.  INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL.  C. A. 7th Cir.  [Certiorari granted, 450 U. S. 979.]  Motions for divided argument granted, and each of the three parties is allotted 20 minutes for oral argument.  JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 79–1738.  NIXON *v.* FITZGERALD; and

No. 80–945.  HARLOW ET AL. *v.* FITZGERALD.  C. A. D. C. Cir.  [Certiorari granted, 452 U. S. 959.]  Motion of petitioners for divided argument and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose.  Respondent also allotted an additional 10 minutes for oral argument.  Motion of Mountain States Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 80–11.  MERRION ET AL., DBA MERRION & BAYLESS, ET AL. *v.* JICARILLA APACHE TRIBE ET AL.; and

No. 80–15.  AMOCO PRODUCTION CO. ET AL. *v.* JICARILLA APACHE TRIBE ET AL.  C. A. 10th Cir.  [Certiorari granted, 449 U. S. 820.]  Motion of petitioners and respondents for additional time for oral argument denied.

No. 80–203.  MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* CURRAN ET AL.  C. A. 6th Cir.  [Certiorari granted, 451 U. S. 906.]  Motion of Samuel Friedman for leave to file a brief as *amicus curiae* granted.  JUSTICE O'CONNOR took no part in the consideration or decision of this motion.